```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 04896
    JEFFERY W HUNT
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4822

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/28/2006 and was confirmed 11/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
DAVID P LEIBOWITZ         NOTICE ONLY    NOT FILED             .00            .00
GE MONEY BANK             SECURED            1538.15        165.92        1538.15
ECAST SETTLEMENT CORP     UNSECURED          5691.64           .00        1624.47
BENEFICIAL                NOTICE ONLY    NOT FILED             .00            .00
CAPITAL ONE BANK          UNSECURED      NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSECURED          1597.61           .00         455.97
CHASE                     NOTICE ONLY    NOT FILED             .00            .00
CHEX SYSTEMS COLLECTION   UNSECURED      NOT FILED             .00            .00
CITIBANK                  UNSECURED      NOT FILED             .00            .00
THE HOME DEPOT            NOTICE ONLY    NOT FILED             .00            .00
DELL FINANCIAL SERVICES   UNSECURED      NOT FILED             .00            .00
ENCORE RECEIVABLES        NOTICE ONLY    NOT FILED             .00            .00
EQUIFAX                   UNSECURED      NOT FILED             .00            .00
EXPERIAN                  UNSECURED      NOT FILED             .00            .00
GEMB FINANCING            UNSECURED      NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSECURED          1973.47           .00         563.26
GE MONEY BANK             NOTICE ONLY    NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSECURED          4539.93           .00        1295.74
ACADEMY COLLECTION SERVI  NOTICE ONLY    NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSECURED          3302.89           .00         450.31
PHILLIPS & COHEN ASSOC    NOTICE ONLY    NOT FILED             .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED      NOT FILED             .00            .00
JEFFERSON CAPITAL SYSTEM  NOTICE ONLY    NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSECURED          4001.40           .00        1142.05
MBNA AMERICA              NOTICE ONLY    NOT FILED             .00            .00
PROVIDIAN                 UNSECURED      NOT FILED             .00            .00
GENERAL ELETRIC           UNSECURED           910.29           .00         259.81
RESURGENT CAPITAL SERVIC  UNSECURED           402.51           .00         114.88
TRANS UNION               UNSECURED      NOT FILED             .00            .00
LEHMAN & FOX              ADMINISTRATIV        .00             .00            .00
KAREN SIERRA              NOTICE ONLY    NOT FILED             .00            .00
LEHMAN & FOX              DEBTOR ATTY       1,300.00                       1,300.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 04896 JEFFERY W HUNT
```

```
TOM VAUGHN                 TRUSTEE                                    534.44
DEBTOR REFUND              REFUND                                        .00

      Summary of Receipts and Disbursements:
 ------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
 ------------------------------------------------------------------------------
TRUSTEE                    9,445.00

PRIORITY                                                 .00
SECURED                                             1,538.15
    INTEREST                                          165.92
UNSECURED                                           5,906.49
ADMINISTRATIVE                                      1,300.00
TRUSTEE COMPENSATION                                  534.44
DEBTOR REFUND                                            .00
                          ---------------    ---------------
TOTALS                     9,445.00                9,445.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 01/28/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE